## Laura Miles, Appellee, v. Elijah A. Maddox and Alice Maddox, Appellants.

**Gen. No. 47,755.**

First District, First Division.

November 16, 1959.

Released for publication December 21, 1959.

David H. Bowen (David H. Bowen and Kimball Smith, of counsel) for appellants; Gomberg, Missner, and Lacob (Sidney D. Missner and Seymour O. Lacob, of counsel) for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**